UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2021 FEB 11  PM 2:53

CLERK

BY _____
DEPUTY CLERK

PRODEGE, LLC and MYPOINTS.COM, )
LLC, )
          )
    Plaintiffs, )
          )
    v. )          Case No. 5:20-cv-164
          )
RANDY SOUTHWICK-DREW and DOES )
1 through 10, )
          )
    Defendants. )

## ORDER

On reflection, the court withdraws the default judgment at this time without prejudice to its renewal following additional service of process.  The information available to the court from plaintiff's counsel is that defendant Southwick-Drew is located in a foreign country (the Philippines).  Service on an individual in a foreign country is governed by F.R.Civ.P. 4(f) which provides means such as service through the Hague Convention.  These means do not include service "following state law" which is available for individuals within a judicial district.

If the court misunderstands the circumstances, a memo from plaintiff's counsel will be welcome.  But in the meantime, the default judgment is withdrawn.

Dated at Rutland, in the District of Vermont, this 11th day of February, 2021.

Geoffrey W. Crawford, Judge
United States District Court